| RETURN | 3:15-MJ-010-BH |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/9/15 | 1/12/15 0900 HRS | N/A |

INVENTORY MADE IN THE PRESENCE OF

Inspector John Froyman

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

— See attached sheet



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 3 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

CERTIFICATION

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____
Affiant

Subscribed, sworn to, and returned before me this date.

_____   1/23/15
U.S. Magistrate Judge          Date

**SEALED**

# United States District Court

_____NORTHERN_____ DISTRICT OF _____TEXAS_____

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

Black Sentry Safe, specifically a "privacy lock chest" measuring approximately 6" x 14" x 11" currently in the custody of USPIS, 251 W. Lancaster Blvd., Fort Worth, TX 76102, which is more fully described in Attachment A

**SEARCH WARRANT**

CASE NUMBER:   3:15-MJ-

**3-15MJ010-BH**

To: Postal Inspector, Gregory C. Carter, United States Postal Inspection Service (USPIS) and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Postal Inspector Gregory C. Carter_ has reason to believe that on the person of or **XX** on the property or premises known as (name, description and/or location)

(SEE ATTACHMENT A).

in the _____NORTHERN_____ District of _____TEXAS_____ there is now concealed a certain person or property, namely (describe the person or property to be seized)

(SEE ATTACHMENT B).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___1/16/15___

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to IRMA C. RAMIREZ, United States Magistrate Judge as required by law.

January 9, 2015 @ 10:10 a.m.          at          Dallas, Texas
**Date and Time Issued**                              **City and State**

IRMA C. RAMIREZ
United States Magistrate Judge
**Name and Title of Judicial Officer**

_[signature]_
**Signature of Judicial Officer**



UNITED STATES POSTAL INSPECTION SERVICE
FORT WORTH DIVISION

January 20, 2015

Search Warrant Return for Inspection Service Case Number 2044989-MT

DOJ Case Number:  3-15MJ-010-BH

LIST OF ITEMS IN SAFE

| | |
|---|---|
| 5 | UNOPENED LETTERS-OUTGOING STOLEN U.S. MAIL |
| 1 | WASHED WESTERN UNION MONEY ORDER |
| 5 | MONEY ORDERS (PLS/WESTERN UNION) |
| 1 | CHASE DEBIT CARD-NAME OF SHERYL A. RICHARD |
| 1 | BLUE NOTEBOOK<br>Contains writings:  bank routing and account numbers<br>credit card numbers with CVV numbers<br>social security numbers<br>list of Post Office/Collection Box locations |
| 2 | CHASE DEPOSIT RECEIPTS FOR 2 MONEY ORDERS |

END OF LIST

DIVISION HEADQUARTERS
14800 TRINITY BLVD., SUITE 600
FORT WORTH TX 76155-2675
TELEPHONE: 877-876-2455
FAX: 817-359-2708